ROMANTIC ADVENTURES, a division of HCH Corporation Inc.; Craig Harris; George Clinton; Tom Harris; Employee # 1; Employee # 2, Plaintiffs–Appellants,

v.

Randy ROE, Individually and as Deputy Sheriff of Rankin County, Mississippi; Ronnie Pennington, Individually and as Sheriff of Rankin County, Mississippi, Defendants–Appellees.

No. 05–60229.

United States Court of Appeals, Fifth Circuit.

Decided March 13, 2006.

Shirley S. Payne, Horn & Payne, Madison, MS, Christopher A. Tabb, Brandon, MS, for Plaintiffs–Appellants.

Janet D. McMurtray, Adams & Reese, Jackson, MS, for Defendants–Appellees.

Before REAVLEY, JOLLY, and DeMOSS, Circuit Judges.

PER CURIAM: *

After reviewing the briefs and hearing oral argument from the parties, we are convinced that the district court did not err in any respect and consequently affirm the judgment essentially for the reasons the court articulated in its thorough opinion. AFFIRMED. *See* 5TH CIR R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

